UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN S. LYNN,<br><br>        Petitioner,<br><br>    v.<br><br>SACRAMENTO COUNTY SUPERIOR COURT,<br><br>        Respondent. | No.  2:14-cv-2601 WBS KJN P<br><br><br><br>ORDER |

On September 14, 2016, petitioner filed a request for appointment of counsel.  However, this petition for writ of habeas corpus was dismissed on February 3, 2015.  Accordingly, IT IS HEREBY ORDERED that:

   1.  Plaintiff's request for appointment of counsel (ECF No. 14) is denied; and

   2.  Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

Dated:  October 18, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

lynn2601.158